IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) | CIVIL ACTION NO. 3:12-CV-00139 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ENTRY OF DEFAULT** |
| ROBERT J. VROEGINDAY, and CBNB, INC., | ) | |
| Defendants. | ) | |

**THIS CAUSE COMING TO BE HEARD**, and being heard before the undersigned Clerk of Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of Plaintiff, Meineke Car Care Centers, Inc., for entry of default against Defendants; and

**IT APPEARING TO THE COURT** that a Verified Complaint was filed on March 1, 2012 and Summons issued in this action on March 1, 2012, which Complaint and Summons were served on Defendant Robert Vroeginday on March 7, 2012 and Defendant CBNB, Inc. on March 7, 2012 by a disinterested party who is duly authorized to serve Summonses; and

**IT FURTHER APPEARING TO THE COURT** that no Answer or other responsive pleading has been filed by Defendants and that the time for Defendants to file an Answer or otherwise respond to Plaintiff's Complaint and Motion for Preliminary Injunction has expired.

**NOW, THEREFORE,** default is hereby entered against Defendants in this action.

Signed: April 4, 2012

Frank G. Johns, Clerk
United States District Court